UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DRAZEN BLAZEYIC,

                Petitioner,

   v.

ICE FIELD OFFICE DIRECTOR,

                Respondent.

Case No. C12-2259-TSZ

**ORDER OF DISMISSAL**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, docket no. 14, the copy of which sent to petitioner having been returned as undeliverable, docket no. 15, and no objections thereto having been timely filed, finds and Orders as follows:

    1.    The Court adopts the Report and Recommendation.

    2.    Petitioner's petition for writ of habeas corpus is **DENIED** and **DISMISSED** with prejudice. All pending motions are **STRICKEN** as moot.

    3.    The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 30th day of April, 2013.

                                          THOMAS S. ZILLY
                                          United States District Judge

ORDER OF DISMISSAL- 1